December 14, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

DONALD G. MACPHAIL AND CONNIE MACPHAIL, Appellants

NO. 14-17-00568-CV                          V.

LI PINGNENG AND HUANG CHIN-CHIH, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 15, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Donald G. MacPhail and Connie MacPhail.

We further order this decision certified below for observance.